# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129683 & (44)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EMMITT GLOVER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129683
COA: 254928
Wayne CC: 03-000955

      On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Defendant's motion to remand is also DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219